## GLOCKER v. SPENCER OPTICAL WORKS.

(Supreme Court, General Term, Third Department.  March 1, 1894.)

Action by Carl Glocker against the Spencer Optical Works.
Argued before MAYHAM, P. J., and HERRICK and PUTNAM, JJ.
No opinion.  Motion for leave to go to court of appeals granted.

## GREEN v. EASTON.

(Supreme Court, General Term, Third Department.  March 1, 1894.)

Action by H. Cooley Green against Daniel C. Easton.
Argued before MAYHAM, P. J., and HERRICK and PUTNAM, JJ.
No opinion.  Motion for reargument denied, with $10 costs.  See 26 N. Y.
Supp. 553.

## MADERS v. WHALLON et al.

(Supreme Court, General Term, Third Department.  March 1, 1894.)

Action by Sidney E. Maders against William I. Whallon and others.
Argued before MAYHAM, P. J., and HERRICK and PUTNAM, JJ.
No opinion.  Motion for reargument granted.  See 26 N. Y. Supp. 614.

## In re O'BRIEN'S WILL.

(Supreme Court, General Term, Third Department.  March 1, 1894.)

In the matter of proving last will of William O'Brien, deceased.
Argued before MAYHAM, P. J., and HERRICK and PUTNAM, JJ.
No opinion.  Motion to dismiss appeal denied, with $10 costs.

## ROBLEE v. BARSS.

(Supreme Court, General Term, Third Department.  March 1, 1894.)

Action by Hiram C. Roblee against William Barss.
Argued before MAYHAM, P. J., and HERRICK and PUTNAM, JJ.
No opinion.  Motion for leave to go to court of appeals denied, with $10
costs.  See 26 N. Y. Supp. 461.

## In re RYALLS.

(Supreme Court, General Term, Third Department.  March 1, 1894.)

Accounting by Sarah M. Ryalls, as administratrix of William H. Ryalls,
deceased, who was executor of Elizabeth Haney, deceased.
Argued before MAYHAM, P. J., and HERRICK and PUTNAM, JJ.
No opinion.  Motion for reargument granted.  See 26 N. Y. Supp. 815.